IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHANDRA KISHOR,** | 2:03-cv-1219 LKK CMK P |
| Petitioner, | **ORDER FOR ENLARGEMENT OF TIME** |
| v. | |
| **TOM L. CAREY,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Amended Petition for Writ of Habeas corpus be filed on or before December 29, 2006.

November 28, 2006

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE