IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,                                    No. CIV S-03-1219-LKK-CMK-P

       Petitioner,

  vs.                                                                    ORDER

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA, et al.,

       Respondents.

                                    /

       Petitioner, a state prisoner proceeding pro se, brings a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 28, 2005, the court issued findings and recommendations, which were adopted in full on October 30, 2006.  Pending before the court are petitioner's objections, filed on May 15, 2007 – over two years late.  For this reason alone, the objections will be disregarded.

       IT IS SO ORDERED.

DATED:  May 24, 2007.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE