**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDRA KISHOR, | No. CIV S-03-1219-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 52), filed on December 5, 2007.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

1 showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.
2 22(b).  For the reasons set forth in the magistrate judge's October 3, 2007, findings and
3 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
4 right.
5     Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
6 of appealability is denied.
7 DATED: April 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT